IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY HALE | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-161 |
| HARDIN COUNTY JAIL | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ricky Hale, a pre-trial detainee confined at the Hardin County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the defendant the Hardin County Jail.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this civil action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (docket entry no. 4).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case

---

[1] A copy of the Report and Recommendation was returned on July 15, 2020. No forwarding address was provided.

in accordance with the Magistrate Judge's recommendations.

      So ORDERED and SIGNED, Jul 20, 2020.

                                              _____
                                              Ron Clark
                                              Senior Judge